UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHONG DA WU,

      Petitioner,

v.                                                                    Case No. 3:25-cv-1254-MMH-MCR

GARRETT J. GARRETT, et al.,

      Respondents.

_____

**ORDER**

Petitioner Chong Da Wu, an immigration detainee at Baker Correctional Institution, initiated this action through counsel by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1). On October 20, 2025, the Court directed Respondents, within 60 days from the date of service of process upon the United States Attorney, to respond to the Petition, and show cause why the Petition should not be granted. See Order (Doc. 8) at 1. As of the date of this Order, Respondents have not answered the Petition.

Before the Court is Petitioner's Motion Requesting Issuance of an Order to Show Cause (Doc. 9). In the Motion, Petitioner "request[s] a shorter time for [Respondents] to respond," id. at 1, because he faces "irreparable harm resulting from the deprivation of physical liberty," id. at 2. Petitioner cites 28 U.S.C. § 2243 to support his argument, which provides that a writ or order to

show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed."

Petitioner's Motion is due to be denied. While § 2243 prescribes a strict time limit for returning an order to show cause, district courts retain discretionary authority to set deadlines under Rule 4 of the Rules Governing § 2254 Cases.[1] See, e.g., Bleitner v. Welborn, 15 F.3d 652, 653–54 (7th Cir. 1994) (noting that while § 2243 has a "rigidly prescribed" response deadline, Rule 4 of the Rules Governing § 2254 Cases has the "force of a superseding statute" and "loosened up the deadline for responses"); Baker v. Middlebrooks, No. 5:08CV44-RS-MD, 2008 WL 938725, at *1 (N.D. Fla. Apr. 8, 2008) (same); Zarefard v. Noem, No. 1:25-CV-00895, 2025 WL 1805864, at *2 (W.D. La. June 30, 2025) (same). Here, the Court finds a sixty-day response deadline to be appropriate. Petitioner has not demonstrated exigent circumstances—beyond those of other habeas corpus petitioners—that would warrant a change in the response deadline. And this time limit gives Respondents sufficient time to investigate Petitioner's claims.

The Court recognizes the magnitude of the liberty interest at stake. As such, once this case is ripe, the Court will dispose of the Petition as

---

[1] The Rules Governing § 2254 Cases are applicable to petitions filed under § 2241. See Rule 1(b), Rules Governing § 2254 Cases in the United States District Courts.

expeditiously as possible. Therefore, Petitioner's Motion Requesting Issuance of an Order to Show Cause (Doc. 9) is **DENIED**.

      **DONE AND ORDERED** at Jacksonville, Florida, this 4th day of November, 2025.

MARCIA MORALES HOWARD
United States District Judge

Jax-9 11/4
c:     Counsel of record